THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH CAMPANARO, Alias JOSEPH CARONE.— Motion granted so far as to extend the time of the appellant in which to file appellant's points to and including December 15, 1927, together with notice of argument for January 3, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB SCHLESSINGER, INC., v. THE CITY OF NEW YORK.— Preference granted for December 9, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of THE CITY OF NEW YORK (187th Street, etc.). LOUISE L. SICHER and Others, Appellants.— Preference granted for January 3, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ALBERO and LOUIS PERMUTO.— Preference granted for December 14, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of THE CITY OF NEW YORK (Fifth Avenue, etc.). TIBET REALTY CORPORATION, Appellant.— Preference granted for January 3, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

S. STROOCK & CO., INC., v. JOSEPH LICHTENTHAL, INC.— Motion granted, upon condition that the appellant's points be served and filed on or before January 5, 1928, with notice of argument for January 20, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE F. KLEMANN v. EFFA L. COLLINS, Individually and as Coexecutor, etc., Impleaded, etc.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Preference granted for December 15, 1927.— Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LIZZIE COHEN v. 1165 FULTON AVENUE CORPORATION and Others. CHARLES TISCH, INC.— Motion denied unless appellant within two days after entry of order furnish an undertaking in the sum of $1,750 conditioned for the payment of the claim of Charles Tisch, Inc., with interest and costs of this appeal. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES JOYCE, Respondent, v. SAMUEL ROTH and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of S. M. GOLDBERG ENTERPRISES, INC., for an Order Directing that the Arbitration, etc., between Petitioner and PAUL SCHAYE, Assignor of SIMON GUTNER, etc., Proceed.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of HELEN L. BEATTIE, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., dissents.